

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Homer Garrison, Jr., Director
Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:

Opinion No. O-2596
Re: Can a pharmacist in this State who
has been registered as retail dealer of
narcotic drugs fill a prescription for
narcotics written by a physician lawfully
practicing in another State, providing
the prescribing physician and prescrip-
tion conform to Federal Narcotic Laws?

We have received your letter of recent date wherein
you request the opinion of this department upon the above stat-
ed question.

Section 2 of Article 725b of the Penal Code reads:

"It shall be unlawful for any person to man-
ufacture, possess, have under his control, sell,
prescribe, administer, dispense, or compound any
narcotic drug."

Section 2A of said Article 725b provides:

"It shall not be unlawful to manufacture,
possess, have, control, sell, prescribe, adminis-
ter, dispense, or compound any narcotic drug
where same is authorized under the terms of this
Act."

Section 6(1) of Article 725b provides, in part:

"An apothecary, in good faith, may sell and
dispense narcotic drugs to any person upon a
written prescription of a physician,...."

Honorable Homer Garrison, Jr., Page 2

Section 7(1) of said Article 725b provides:

- "A physician or a dentist, in good faith and in the course of his professional practice only, may prescribe, administer, and dispense narcotic drugs, or he may cause the same to be administered by a nurse or interne under his direction and supervision."

Section 1 of Article 725b reads in part as follows:

"Section 1. The following words and phrases, as used in this Act, shall have the following meanings, unless the context otherwise requires:

" .....

"(2) 'Physician' means a person authorized by law to practice medicine in this State and any other person authorized by law to treat sick and injured human beings in this State and to use narcotic drugs in connection with such treatment.

" .....

"(7) 'Apothecary' means a licensed pharmacist as defined by the laws of this State and, where the context so requires, the owner of a store or other place of business where narcotic drugs are compounded or dispensed by a licensed pharmacist;
.....

Article 4498a, Vernon's Civil Statutes, provides in part:

"Sec. 1. It shall be the duty of all persons now lawfully qualified and engaged in the practice of medicine in this State as defined in Article 4510, Revised Statutes of 1925, or who shall hereafter be licensed for such practice by the Texas State Board of Medical Examiners, to be registered

Honorable Homer Garrison, Jr., Page 3

as such practitioners with the Texas State Board
of Medical Examiners, on or before the 1st day of
January A. D. 1932, and thereafter to register in
like manner annually, on or before the 1st day of
January of each succeeding year...."

Article 4504, Vernon's Civil Statutes, exempts from
license and registration certain physicians, specifically
enumerated. Article 4504 reads, in part:

"....The provisions of this Chapter do not
apply to....; nor to commissioned or contract
surgeons of the United States Army, Navy, or
Public Health and Marine Hospital Service, in
the performance of their duties, and not engaged
in private practice; nor to legally qualified
physicians of other states called in consultation,
but who have no office in Texas, and appoint no
place in this State for seeing, examining, or
treating patients...."

In the absence of special legislative authority,
Texas does not recognize the licensing and registering of
physicians under the laws of another State. The only physi-
cians who are permitted to practice medicine in this State
without first obtaining a license and registering under the
laws of this State are those physicians specifically exempt
from such registration, as provided by Article 4504, supra.
Therefore, the physician referred to in Section 6(1) of Arti-
cle 725b, supra, could only mean a physician who is licensed
in and who practices medicine in the State of Texas, or one
who is specifically exempt from such license and registration
under Article 4504, supra.

Under the foregoing authorities, therefore, you are
respectfully advised that it is the opinion of this department
that your question should be answered in the negative, unless

Honorable Homer Garrison, Jr., Page 4

such physician falls within the exemption set forth in Article
4504, supra.

Trusting that this satisfactorily answers your question, we remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By D. Burle Daviss

D. Burle Daviss
Assistant

DBD:AW

APPROVED SEP 10, 1940

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS